UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| MICHAEL PATRINO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 5:19-cv-664 |
| ) | |
| FRANCISCO I. BENITEZ, et al. ) | |
| ) | **JUDGE JOHN R. ADAMS** |
| Defendants. ) | |
| ) | **JURY DEMAND** |

## ORDER GRANTING MOTION FOR ENTRY OF JUDGMENT

This matter came before the Court on the parties' Joint Motion for Entry of Judgment. Upon agreement of the parties, judgment is hereby entered with respect to Plaintiff's claims against Defendant Douglas Douglas f/k/a Michael Douglas Littleton under the Telephone Consumer Protection Act, 47 U.S.C. 227 *et seq.*, and the Ohio Consumer Sales Practices Act, R.C. 1345.01 *et seq.* The judgment is in favor of Plaintiff and against Defendant Douglas Douglas f/k/a Michael Douglas Littleton in the amount of $13,825.00, inclusive of court costs and attorney fees to date.

In satisfaction of this judgment, Plaintiff will accept payments as follows:

- $1,000 due on June 1, 2019 and $300 due on the first day of each month thereafter, until paid in full.

- Plaintiff agrees to forbear from executing on this judgment as long as payments are timely made.

- If any installment or any part thereof remains unpaid for five days after its due date, then without further action of the Court, the full amount of the

judgment less payments made shall become immediately due and payable.  The parties agree that acceptance by Plaintiff of any payment made after it becomes due shall not constitute a waiver of the timeliness requirement concerning that payment or any future payment.  This matter is subject to the Court's continuing jurisdiction to enforce the terms of this Agreement.

Interest on the judgment shall accrue at the federal post-judgment interest rate pursuant to 28 U.S.C. 1692.  Further, Plaintiff's claims against Defendants Francisco I. Benitez and Get Paid Daily LLC, are hereby DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: __May 8, 2019__

/s/ John R. Adams
United States District Court Judge